JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEONG LEE,<br><br>Plaintiff,<br><br>v.<br><br>FRANCES MARIE CHASE; and DOES 1 to 10,<br><br>Defendants. | Case No. 8:26-cv-00751-JWH-DFMx<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 12] entered on or about May 22, 2026, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.    This action, including all claims asserted herein, is **DISMISSED**.

2.    To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated:    June 30, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-